JELLISON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Valesca Jellison against the City of New York and others. T. Connoly and A. S. Weltfisch, for appellants. S. Lent, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JENNER v. SHOPE. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Annie Jenner, as administratrix, against Julian B. Shope. No opinion. Motion granted, and question certified. Order filed. See, also, 125 N. Y. Supp. 1151.

JOHNSON, Appellant, v. DEAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Dwight P. Johnson against William N. Dean. No opinion. Judgment affirmed, with costs.

JOHNSON, Respondent, v. MIRANO, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Gus Johnson against Joe Mirano. No opinion. Judgment of the Municipal Court affirmed, with costs.

JONATHAN RING & SON, Inc., Respondent, v. PLATE & CLARK CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Jonathan Ring & Son, Incorporated, against the Plate & Clark Company. No opinion. Order affirmed, with $10 costs and disbursements.

JONES, Appellant, v. NEW AMSTERDAM CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Frank A. Jones against the New Amsterdam Casualty Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents, upon the ground that the injuries inflicted upon the plaintiff were accidental, within the meaning of the provision of the policy, and that the notice was served and the action commenced in time.

KALISIEWICK, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Dyian Kalisiewick against the Solvay Process Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that there is no evidence tending to establish actionable negligence on the part of the defendant.

KAPLAN, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Esther Kaplan, an infant, by Fannie Kaplan, her guardian ad litem, against the Morse Dry Dock & Repair Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

KATES v. BOK et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Norbert B. Kates against Gustav Bok and others. No opinion. Motion for reargument granted. Settle order on notice. For former opinion, see 139 App. Div. 640, 124 N. Y. Supp. 297.

KAUFMAN v. WEIL et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Adolph G. Kaufman against Benj. L. Weil and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

KAVANAGH et al., Appellants, v. SERGEANT, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Edmund A. Kavanagh and another against George Sergeant, Jr. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 139 App. Div. 919, 124 N. Y. Supp. 1118.

KENNEDY, Respondent, v. HAIGHT, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Martin Kennedy against Henry O. Haight. No opinion. Judgment of the County Court of Dutchess County unanimously affirmed, with costs.

In re KENNEDY'S ESTATE. (Supreme Court, Appellate Division, Third Department. December 1, 1910.) In the matter of the estate of David Kennedy, deceased. No opinion. Motion denied.

KENNEY, Respondent, v. SOUTH SHORE NATURAL GAS & FUEL CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Johanna Kenney against the South Shore Natural Gas & Fuel Company, George Clinton, as trustee, etc., and William E. Carroll, as receiver, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 128 App. Div. 911, 112 N. Y. Supp. 1133; 134 App. Div. 859, 119 N. Y. Supp. 363.

McLENNAN, P. J., and KRUSE, J., dissent, upon the ground that the payment of the judgment cannot be compelled in this summary way.

KERKER v. LEVY et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by A. Lawrence Kerker against Charles S. Levy and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 App. Div. 428, 125 N. Y. Supp. 357.

KETCHAM, Appellant, v. NEUMAN, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Ac-